**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

WILLIE GREEN,                                              )
                                                           )
        Petitioner,                                )
                                                           )
v.                                                         )        Case No. CIV-25-1094-J
                                                           )
JUSTIN FARRIS,                                             )
                                                           )
        Respondent.                                )

**ORDER**

Petitioner, a state prisoner appearing pro se, filed a petition for writ of habeas relief under

28 U.S.C. § 2254 [Doc. No. 1] and a motion for leave to proceed in forma pauperis [Doc. No. 11].

The matter was referred for initial proceedings to United States Magistrate Judge Suzanne Mitchell

consistent with 28 U.S.C. § 636(b)(1)(B), (C).  Judge Mitchell finds that Petitioner has sufficient

funds to pay the $5.00 filing fee and recommends that his motion for leave to proceed in forma

pauperis be denied.  [Doc. No. 12].  Petitioner did not object by the December 10, 2025 deadline,

thus waiving de novo review.  *See* Fed. R. Civ. P. 72(b)(3).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 12],

DENIES Petitioner's motion for leave to proceed in forma pauperis [Doc. No. 11], and ORDERS

Petitioner to pay the $5.00 filing fee in full within twenty-one days, or no later than January 8,

2026.  Petitioner is advised that if he does not pay the full $5.00 filing fee on or before that date,

this action will be dismissed without prejudice.

IT IS SO ORDERED this 18th day of December, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE