**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

WILLIE GREEN,                               )
                                            )
                    Petitioner,             )
                                            )
v.                                          )         Case No. CIV-25-1094-J
                                            )
JUSTIN FARRIS, Director, Oklahoma           )
Department of Corrections,                  )
                                            )
                    Respondent.             )

**ORDER**

Petitioner, a state prisoner appearing pro se, brought this action pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus[1] [Doc. No. 1]. The matter was referred for initial proceedings to United States Magistrate Judge Suzanne Mitchell consistent with 28 U.S.C. § 636(b)(1)(B), (C). *See* [Doc. No. 4]. Judge Mitchell issued a Report and Recommendation [Doc. No. 22] recommending the Court grant Respondent's motion to dismiss, deny Petitioner's habeas petition, and dismiss this matter. Petitioner has filed an objection to the Report and Recommendation, which triggers de novo review.

In the Report and Recommendation, Judge Mitchell concludes that Petitioner's Petition for Writ of Habeas Corpus should be dismissed because Petitioner has failed to exhaust his administrative remedies. Petitioner objects to the Report and Recommendation and asserts that he attempted to exhaust but was prevented from doing so. Having reviewed this matter de novo, the Court concludes that Petitioner has not shown that he properly exhausted his administrative remedies.

---

[1] Petitioner submitted his petition on the Court-supplied 28 U.S.C. § 2254 petition. Petitioner, however, is attacking the execution of his sentence. The Court, therefore, construes the Petition as a 28 U.S.C. § 2241 habeas petition.

Accordingly, the Court ADOPTS IN PART the Report and Recommendation [Doc. No. 22], GRANTS Respondent's Motion to Dismiss [Doc. No. 21], and DISMISSES the Petition for Writ of Habeas Corpus [Doc. No. 1]. A certificate of appealability is DENIED, as the Court concludes Petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED this 2nd day of July, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE